IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BKL HOLDINGS, INC. D/B/A LICENSE COACH | § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| | | Civil Action No. 4:22-cv-00170-ALM |
| GLOBE LIFE INC.; AMERICAN INCOME LIFE INSURANCE COMPANY; LIBERTY NATIONAL LIFE INSURANCE COMPANY; FAMILY HERITAGE LIFE INSURANCE COMPANY OF AMERICA; JAMES "BO" E. GENTILE, JR.; and DAVID ZOPHIN. | | |
| Defendants. | | |

**CERTIFICATE OF LAST KNOWN ADDRESS FOR
PLAINTIFF BKL HOLDINGS, INC. D/B/A LICENSE COACH**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Richard W. Winn ("Winn") and Friedman & Feiger, LLP (the "Firm") (collectively "Movants"), and pursuant to the Court's Order [Dxt. #34] files this, Certificate of Last Known Address for Plaintiff BKL Holdings, Inc. d/b/a License Coach (License Coach") as follows:

> BKL Holdings, Inc. d/b/a License Coach
> c/o Brad K. LeBlanc
> 930 Tahoe Blvd. Suite 802-112
> Incline Village, Nevada 89451

Respectfully submitted,

*/s/ Richard W. Winn*

---

**CERTIFICATE OF LAST KNOWN ADDRESS FOR PLAINTIFF BKL HOLDINGS, INC. D/B/A LICENSE COACH**   Page 1
1050347

RICHARD W. WINN
State Bar No. 21779700
Friedman & Feiger, LLP
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopy)

**ATTORNEYS FOR PLAINTIFF
BKL HOLDINGS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure, via e-filing.

*/s/ Richard W. Winn*
Richard W. Winn